IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **TIMOTHY T. CLEMENTS,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**NCO FINANCIAL SYSTEMS, INC.,**<br><br>　　　　　**Defendant.** | **CIVIL ACTION NO. 5:12-cv-00012** |

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

This the 13th day of April, 2012.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Amy L. Rich
　　　　　　　　　　　　　　　　Amy L. Rich
　　　　　　　　　　　　　　　　NC State Bar No. 35176
　　　　　　　　　　　　　　　　DOUGHTON& RICH PLLC
　　　　　　　　　　　　　　　　633 West Fourth Street, Suite 150
　　　　　　　　　　　　　　　　Winston-Salem, NC27101
　　　　　　　　　　　　　　　　Telephone: (336) 725-9416
　　　　　　　　　　　　　　　　Facsimile: (336) 725-5129
　　　　　　　　　　　　　　　　arich@doughtonrichlaw.com
　　　　　　　　　　　　　　　　*Attorney for Defendant, NCO Financial Systems, Inc.*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing **Notice of Pending Settlement** with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Travis E. Collum
Collum& Perry, PLLC
P.O. Box. 1739
Mooresville, NC 28115
Telephone: 704-663-4187
Facsimile: 704-663-4178
travis@collumperry.com

*Attorney for Plaintiff*


This the 13th day of April, 2012.

Respectfully submitted,

/s/ Amy L. Rich
Amy L. Rich
NC State Bar No. 35176
DOUGHTON& RICH PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
arich@doughtonrichlaw.com
*Attorney for Defendant, NCO Financial Systems, Inc.*

2