IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
C.A. NO. 5:12-CV-00012-RLV-DSC

| | |
|---|---|
| TIMOTHY T. CLEMENTS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorney, and the Defendant and its attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party.

Dated: April 29, 2012

s/ Travis E. Collum
NC Bar No. 29158
Attorney for Plaintiff
Collum & Perry, PLLC
Post Office Box 1739
Mooresville, NC 28115
Telephone: 704-663-4187
travis@collumperry.com

Dated: April 29, 2012

s/Amy L. Rich
NC Bar No. 35176
Attorney for Defendant
Doughton & Rich, PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
336-725-9416
arich@doughtonrichlaw.com

# CERTIFICATE OF SERVICE

I, Travis E. Collum, do hereby certify that the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** in this action was served was served via the Court Clerk's CM/ECF system which will provide notice to:

>s/Amy L. Rich
>Attorney for Defendant
>Doughton & Rich, PLLC
>633 West Fourth Street, Suite 150
>Winston-Salem, NC 27101
>336-725-9416
>arich@doughtonrichlaw.com

This the 29th day of April, 2012.

>s/ Travis E. Collum
>NC Bar No. 29158
>Attorney for Plaintiff
>Collum & Perry, PLLC
>Post Office Box 1739
>Mooresville, NC 28115
>Telephone: 704-663-4187
>Facsimile: 704-663-4178
>travis@collumperry.com